SADIE HERZOG, Appellant, *v.* JEAN VALJEAN REALTY CORPORATION, Respondent.

(Argued March 22, 1929; decided April 16, 1929.)

*Bernard Gordon* and *Moses Cohen* for appellant.
*Louis Kunen* and *I. Alfred Levy* for respondent.

Judgment of the Appellate Division and that of Special Term modified by deducting from the defendant's

recovery, as fixed in the judgment of the Special Term, the sum of $700 damages with interest, and as modified affirmed, with costs to respondent; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.